■ PABLO HERNANDEZ et al., Plaintiffs, v DENINO ELECTRIC CONSTRUCTION CORPORATION, Defendant and Third-Party Plaintiff-Respondent. MARSH & McLENNAN COMPANIES, INC., et al., Third-Party Defendants; EDWARD S. GORDON COMPANY, INC., Third-Party Defendant-Appellant. [729 NYS2d 894] —In an action to recover damages for personal injuries, etc., the third-party defendant Edward S. Gordon Company, Inc., appeals from an order of the Supreme Court, Queens County (Dye, J.), dated August 30, 2000, which denied its motion for summary

judgment dismissing the third-party complaint insofar as asserted against it on the ground that the injured plaintiff did not suffer a grave injury within the meaning of Workers' Compensation Law § 11.

Ordered that the order is reversed, on the law, with costs, the motion is granted, the third-party complaint is dismissed insofar as asserted against the appellant, and the third-party action against the remaining third-party defendants is severed.

The Supreme Court erred in denying the appellant's motion for summary judgment dismissing the third-party complaint insofar as asserted against it. The injured plaintiff did not suffer a grave injury within the meaning of Workers' Compensation Law § 11. Therefore, the motion is granted and the third-party complaint is dismissed insofar as asserted against the appellant (*see, Castro v United Container Mach. Group,* 273 AD2d 337). Bracken, P. J., Friedmann, Florio, H. Miller and Townes, JJ., concur.